UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLORES,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KOROPI CORPORATION, et al.,<br><br>                              Defendants. | 23-CV-5863 (DEH)<br><br>NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for November 7, 2023, at 3:30 P.M. is rescheduled to **November 7, 2023, at 3:00 P.M.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 779 436 851, followed by the pound (#) sign.

Dated: October 12, 2023
           New York, New York

                                                                      _____
                                                                                DALE E. HO
                                                                      United States District Judge