UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>      Plaintiff,<br><br>    v.<br><br>KOROPI CORPORATION, et al.,<br><br>      Defendants. | 23-CV-5863 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  The Court held a conference in this matter on November 7, 2023. At the conference, Plaintiff withdrew its Motion for Default (ECF No. 23) against Defendant Rubby Pizzeria Restaurant Corp. and requested that decision be reserved as to Defendant Koropi Corporation. It is hereby **ORDERED** that Defendant Rubby Pizzeria Restaurant Corp. file its Answer to the Complaint (ECF No. 1) by **December 7, 2023**. Plaintiff's request as to Defendant Koropi Corporation is **GRANTED**, and the Motion for Default Judgment (ECF No. 23) will be held in abeyance until **January 8, 2024**.

SO ORDERED.

Dated: November 8, 2023
   New York, New York

                          DALE E. HO
                       United States District Judge