

**BARDUCCI LAW FIRM PLLC**
5 WEST 19TH STREET, 10TH FLOOR NEW YORK, NEW YORK 10011 TELEPHONE: 212-433-2554

February 19, 2024

.

Honorable Dale E. Ho
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

Application GRANTED.

The conference scheduled for February 27, 2024 is ADJOURNED to **March 26, 2024, at 3:00 p.m. EST**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 841 642 276, followed by the pound (#) sign. The joint status letter is due **March 19, 2024**. ECF No. 24.

The Clerk of Court is respectfully requested to close ECF Nos. 35 and 36.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 20, 2024
New York, New York

    Re:    *Carlos Ruiz Florez vs. Koropi Corporation, et al.*
    *Civil Action No.: 1:23-cv-05863-DEH*
    *Motion for Adjournment*

Dear Honorable District Judge Ho,

    We represent Plaintiff in the above-styled action.

    Pursuant to the the Court's February 12, 2024 Scheduling Order [DE#24], the Plaintiff files this letter motion respectfully moving the Court for an adjournment of the Conference scheduled for February 27, 2024.

    Paramount, the Plaintiff's counsel has a prior matter of a personal nature that will conflict with the Conference, and thereon humbly requests that the Court oblige the Plaintiff's request for an adjournment, to attend to this personal matter. This request is made 11 days in advance of the Conference date, and the Plaintiff should be available for the Conference after the first week of March, or any other time the Court deems just and proper.

    For these reasons, Plaintiff requests the adjournment of the status Conference until a later date. The Defendant's counsel does not oppose this request, nor should this extension affect any other deadlines or events in this case. Thank you for your time in considering this request.

    Most Respectfully,

    _/s/ Maria-Costanza Barducci__
    BARDUCCI LAW FIRM PLLC
    Maria-Costanza Barducci Esq.

    Defendant Respectfully concurs.

    _____
    Ben Sharav, Esq.
    Victor J. Molina
    Counself for Defendant

cc: Via CM/ECF Only